**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2198**

---

PATRICIA LEE GREENWAY,

                                        Plaintiff - Appellant,

        versus

IVAN J. TONEY, Esq.; KIM R. VARNER, Esq.;
JAMES W. SEGURA, Esq.; JANE DOE; JACK
DYE; NELA LAUGHRIDGE; A. H. SKARDON;
T. T. THOMPSON,

                                        Defendants - Appellees,

        and

LAW ENFORCEMENT CENTER,

                                        Defendant.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-05-1736-6-GRA-WMC)

---

Submitted:  February 23, 2006      Decided:  February 28, 2006

---

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Patricia Lee Greenway, Appellant Pro Se.  Marshall Winn, WYCHE,
BURGESS, FREEMAN & PARHAM, PA, Greenville, South Carolina; Charles

Franklin Turner, Jr., TURNER, PADGET, GRAHAM & LANEY, Greenville, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patricia Lee Greenway seeks to appeal from the district court's order adopting the magistrate judge's recommendation and granting the motions to dismiss filed by four of the seven Defendants named in her amended complaint.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders.  28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order Greenway seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED